UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PETER P. TRUMAN, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) ) 2:20-cv-00108-JAW ) |
| DANA KELLEY, et al, | ) ) ) |
| Defendants. | ) |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Order on Motion for Leave to Proceed in forma pauperis and Recommended Dismissal of the Case, filed June 30, 2020 (ECF No. 8), the Recommended Decision is accepted[1].

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

---

[1] Given the Plaintiff's *pro se* status, the Court held back on issuing the order to make certain that Mr. Truman was not going to file an objection.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint be and hereby is DISMISSED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2020